# IN THE STATE COURT OF COBB COUNTY

# STATE OF GEORGIA

ARCH INSURANCE COMPANY

        Plaintiff

VS                              09-G-7607

DOUGLAS ASHPHALT COMPANY
JOEL SPIVEY
KYLE SPIVEY

        Defendant

APPLIED TECHNICAL SERIVCES INC

## NON-JURY TRIAL NOTICE

Please take notice that the above styled case will appear on the NONJURY TRIAL Calendar on the **07-DEC-2009** at 01:30 PM at the State Court of Cobb County in COURTROOM 4B, 4TH FLOOR of the State Court Building, 12 East Park Square, Marietta, Georgia 30090-9630. If you have any questions please call the calendar clerk at .

This SEP-29-2009

Calendar Clerk

CC:
DAVID M ABERCROMBIE
3340 PEACHTREE RD NE STE 2100
ATLANTA, GA 30326-1084



## IN THE STATE COURT OF COBB COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| **ARCH INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § § § | |
| **vs.** | § § | |
| **DOUGLAS ASPHALT COMPANY, JOEL SPIVEY and KYLE SPIVEY,** | § § § § | **GARNISHMENT NO.: 09-G-7607** |
| **Defendants,** | § § | |
| **and** | § § | |
| **APPLIED TECHNICAL SERVICES, INC.,** | § § § | |
| **Garnishee.** | § | |

### NOTICE TO JUDGMENT DEBTOR DOUGLAS ASPHALT COMPANY

**TO:**   **CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

   **RECEIPT # 7009 1410 0000 2123 6228**
   **Douglas Asphalt Company (via regular and certified mail)**
   **101 N. Peterson Ave., Suite 201**
   **Douglas, Georgia 31533**

   **PLEASE TAKE NOTICE** that on or about September 14, 2009, an Affidavit of

Garnishment was filed in the State Court of Cobb County, State of Georgia, and a

Summons of Garnishment was issued and served upon the above-named Garnishee at

the address indicated.  Defendants' copy of the Summons and Affidavit for Garnishment

are enclosed herewith and hereby served upon Defendant.

   **PLEASE BE ADVISED AND GOVERN YOURSELF ACCORDINGLY.**



This 25th day of September, 2009.

Christina Craddock
Georgia Bar No. 192785
*Counsel for Arch Insurance Company*

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia  30338
770.391.9100
678.338.3912 Direct Line
770.668.0878 Facsimile
e-mail: cac@boviskyle.net

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | § |
| | § |
| Plaintiff, | § |
| | § |
| | § |
| vs. | § |
| | § |
| DOUGLAS ASPHALT COMPANY, | § |
| JOEL SPIVEY and KYLE SPIVEY, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| APPLIED TECHNICAL | § |
| SERVICES, INC., | § |
| | § |
| Garnishee. | § |

GARNISHMENT
NO.: 09-G-7607

### CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing *Notice to Judgment Debtor Douglas Asphalt Company, Summons of Garnishment and Affidavit of Garnishment* upon Judgment Debtor's counsel by placing copies of the same in the United States mail in an envelope with adequate postage affixed thereto and addressed as follows:

Dorian Britt, Esq.
Savage, Turner, Pinson & Karsman
304 East Bay Street
Savannah, Georgia 31401

Kenneth E. Futch, Esq.
The Futch Law Firm
110 Screven Avenue
Waycross, Georgia 31501

Applied Technical Services, Inc.
c/o James F. Cook, Jr., Esq.
David M. Abercrombie, Esq.
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road, NE
Suite 2100
Atlanta, Georgia 30326-1084

This 25ᵗʰ day of September, 2009.

Christina Craddock

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
770.391.9100
770.668.0878 Facsimile

7009 1410 0000 2123 6228

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Douglas Asphalt Company
101 N. Peterson Avenue
Suite 201
Douglas, GA 31533

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
MAtkinson    7/28/09

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7009 1410 0000 2123 6228
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>  Plaintiff,<br><br><br>vs.<br><br>DOUGLAS ASPHALT COMPANY,<br>JOEL SPIVEY and KYLE SPIVEY,<br><br>  Defendants,<br><br>and<br><br>APPLIED TECHNICAL<br>SERVICES, INC.,<br><br>  Garnishee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>  GARNISHMENT<br>  NO.: 09-G-7607 |

## NOTICE TO JUDGMENT DEBTOR KYLE SPIVEY

TO: <u>CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>

  <u>RECEIPT # 7008 3230 0001 9750 5143</u>
  **Kyle Spivey (via regular and certified mail)**
  **770 Green Willow Dr.**
  **Douglas, Georgia 31535**

  **PLEASE TAKE NOTICE** that on or about September 14, 2009, an Affidavit of Garnishment was filed in the State Court of Cobb County, State of Georgia, and a Summons of Garnishment was issued and served upon the above-named Garnishee at the address indicated. Defendants' copy of the Summons and Affidavit for Garnishment are enclosed herewith and hereby served upon Defendant.

  **PLEASE BE ADVISED AND GOVERN YOURSELF ACCORDINGLY.**



RECEIVED
OCT 1 4 2009
By

This 25ᵗʰ day of September, 2009.

Christina Craddock
Georgia Bar No. 192785
*Counsel for Arch Insurance Company*

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia  30338
770.391.9100
678.338.3912 Direct Line
770.668.0878 Facsimile
e-mail: cac@boviskyle.net

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, §<br>§<br>Plaintiff, §<br>§<br>§<br>§<br>vs. §<br>§<br>DOUGLAS ASPHALT COMPANY, §<br>JOEL SPIVEY and KYLE SPIVEY, §<br>§<br>Defendants, §<br>§<br>and §<br>§<br>APPLIED TECHNICAL §<br>SERVICES, INC., §<br>§<br>Garnishee. § | **GARNISHMENT<br>NO.: 09-G-7607** |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing *Notice to Judgment Debtor Kyle Spivey, Summons of Garnishment and Affidavit of Garnishment* upon Judgment Debtor's counsel by placing copies of the same in the United States mail in an envelope with adequate postage affixed thereto and addressed as follows:

Dorian Britt, Esq.
Savage, Turner, Pinson & Karsman
304 East Bay Street
Savannah, Georgia 31401

Kenneth E. Futch, Esq.
The Futch Law Firm
110 Screven Avenue
Waycross, Georgia 31501

Applied Technical Services, Inc.
c/o James F. Cook, Jr., Esq.
David M. Abercrombie, Esq.
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road, NE
Suite 2100
Atlanta, Georgia 30326-1084

This 25th day of September, 2009.

_Christina Craddock_
Christina Craddock

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
770.391.9100
770.668.0878 Facsimile

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Kyle Spivey
770 Green Willow Dr.
Douglas, GA 31535

2. Article Number    7008 3230 0001 9750 5143
   (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☒ Agent
                              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  10-7-08

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **ARCH INSURANCE COMPANY,** §<br>§<br>§ | |
| **Plaintiff,** §<br>§ | |
| §<br>§ | |
| **vs.** §<br>§ | **GARNISHMENT**<br>**NO.: 09-G-7607** |
| **DOUGLAS ASPHALT COMPANY,** §<br>**JOEL SPIVEY and KYLE SPIVEY,** §<br>§ | |
| **Defendants,** §<br>§ | |
| **and** §<br>§ | |
| **APPLIED TECHNICAL** §<br>**SERVICES, INC.,** §<br>§ | |
| **Garnishee.** § | |

### NOTICE TO JUDGMENT DEBTOR JOEL SPIVEY

**TO:**    **CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

   **RECEIPT # 7009 1410 0000 2123 6211**
   **Joel Spivey (via regular and certified mail)**
   **12331 Hwy. 32W**
   **Ambrose, Georgia  31512**

   **PLEASE TAKE NOTICE** that on or about September 14, 2009, an Affidavit of Garnishment was filed in the State Court of Cobb County, State of Georgia, and a Summons of Garnishment was issued and served upon the above-named Garnishee at the address indicated.  Defendants' copy of the Summons and Affidavit for Garnishment are enclosed herewith and hereby served upon Defendant.

   **PLEASE BE ADVISED AND GOVERN YOURSELF ACCORDINGLY.**



This 25ᵗʰ day of September, 2009.

Christina Craddock
Georgia Bar No. 192785
*Counsel for Arch Insurance Company*

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia  30338
770.391.9100
678.338.3912 Direct Line
770.668.0878 Facsimile
e-mail: cac@boviskyle.net

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ARCH INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § § | |
| vs. | § § § | GARNISHMENT |
| DOUGLAS ASPHALT COMPANY, JOEL SPIVEY and KYLE SPIVEY, | § § § | NO.: 09-G-7607 |
| Defendants, | § § | |
| and | § § | |
| APPLIED TECHNICAL SERVICES, INC., | § § § | |
| Garnishee. | § § | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing ***Notice to Judgment Debtor Joel Spivey, Summons of Garnishment and Affidavit of Garnishment*** upon Judgment Debtor's counsel by placing copies of the same in the United States mail in an envelope with adequate postage affixed thereto and addressed as follows:

Dorian Britt, Esq.
Savage, Turner, Pinson & Karsman
304 East Bay Street
Savannah, Georgia 31401

Kenneth E. Futch, Esq.
The Futch Law Firm
110 Screven Avenue
Waycross, Georgia 31501

Applied Technical Services, Inc.
c/o James F. Cook, Jr., Esq.
David M. Abercrombie, Esq.
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road, NE
Suite 2100
Atlanta, Georgia 30326-1084

This 25ᵗʰ day of September, 2009.

Christina Craddock

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
770.391.9100
770.668.0878 Facsimile

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

ARCH INSURANCE COMPANY,

      Plaintiff,

vs.

DOUGLAS ASPHALT COMPANY,
JOEL SPIVEY and KYLE SPIVEY,

      Defendants,

and

APPLIED TECHNICAL
SERVICES, INC.,

      Garnishee.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

GARNISHMENT
NO.: 09-G-7607

### PLAINTIFF'S OBJECTION TO TRAVERSE TO AFFIDAVIT AND SUMMONS OF GARNISHMENT FILED BY GARNISHEE

**COMES NOW** Arch Insurance Company ("Plaintiff), by and through its counsel of record, and respectfully files this its Objection to the Traverse to Affidavit and Summons of Garnishment filed by the Garnishee Applied Technical Services, Inc. (Garnishee"), showing the Court as follows:

1.

There is no authority in the Official Code of Georgia Annotated for the filing of a traverse by a Garnishee.

2.

A judgment against the Garnishee Applied Technical Services, Inc. is not required.

3.

Pursuant to O.C.G.A. §18-4-20(b), "[all] debts owed by the garnishee to the defendant at the time of service of the summons of garnishment upon the garnishee and all debts accruing from the garnishee to the defendant from the date of service to the date of the garnishee's answer shall be subject to process of garnishment; and no payment made by the garnishee to the defendant or to his order, or by any arrangement between the defendant and the garnishee, after the date of the service of the summons of garnishment upon the garnishee, shall defeat the lien of such garnishment."

4.

The garnishee may file its answer no sooner than 30 days and no later than 45 days after the service of the summons. O.C.G.A. §18-4-62.

5.

Any and all debts owed by Garnishee to Douglas Asphalt Company, Joel Spivey or Kyle Spivey between the time of the service of the summons of garnishment upon Garnishee and the date of any timely answer filed by Garnishee, at least 30 days after the date of service of the summons upon Garnishee and no later than 45 days after the date of service of the summons upon Garnishee, are subject to this garnishment and any payment made by Garnishee to Douglas Asphalt Company, Joel Spivey or Kyle Spivey or on their behalf or any arrangements or settlements made between Douglas Asphalt Company, Joel Spivey or Kyle Spivey and Garnishee after the service of the garnishment upon Garnishee shall not defeat the lien of this garnishment. *Lee & Anderson v. Louisville & N.R. Co., et. al.,* 2 Ga. App. 337, 58 S.E. 520 (1907).

**WHEREFORE,** Plaintiff Arch Insurance Company respectfully prays that this Honorable Court consider this Objection to Garnishee's Traverse, dismiss the Traverse

2

to Affidavit and Summons of Garnishment filed by the Garnishee Applied Technical

Services, Inc., cast all costs upon Garnishee, and grant Plaintiff such other and further

relief as the Court deems mete and proper in these premises.

Respectfully submitted, this 25th day of September, 2009.

Christina Craddock
Georgia Bar No. 192785

Counsel for Arch Insurance Company

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2668
770.391.9100
678.338.3912 Direct Line
770.668.0878 Facsimile
e-mail: cac@boviskyle.net

3

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

ARCH INSURANCE COMPANY,

    Plaintiff,

vs.

DOUGLAS ASPHALT COMPANY,
JOEL SPIVEY and KYLE SPIVEY,

    Defendants,

and

APPLIED TECHNICAL
SERVICES, INC.,

    Garnishee.

§§§§§§§§§§§§§§§§§§§

GARNISHMENT
NO.: 09-G-7607

### CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing *Plaintiff's Objection to Traverse to Affidavit and Summons of Garnishment filed by Garnishee* upon Garnishee's counsel by placing a copy of the same in the United States mail in an envelope with adequate postage affixed thereto and addressed as follows:

James F. Cook, Jr., Esq.
David M. Abercrombie, Esq.
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road, NE
Suite 2100
Atlanta, Georgia 30326-1084

This 25th day of September, 2009.

Christina Craddock
Christina Craddock

BOVIS, KYLE & BURCH, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
770.391.9100
770.668.0878 Facsimile

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **ARCH INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § § § § | |
| **vs.** | § § § | **GARNISHMENT** |
| **DOUGLAS ASPHALT COMPANY, JOEL SPIVEY and KYLE SPIVEY,** | § § § | **NO.: 09-G-7607** |
| **Defendants,** | § § § | |
| **and** | § § | |
| **APPLIED TECHNICAL SERVICES, INC.,** | § § § | |
| **Garnishee.** | § | |

## PLAINTIFF'S TRAVERSE OF ANSWER OF GARNISHEE

**COMES NOW** Arch Insurance Company ("Plaintiff"), by and through its counsel of record, and respectfully traverses the Answer of Garnishee filed by Applied Technical Services, Inc. ("Garnishee") showing that the Garnishee's Answer is insufficient, untimely and/or legally incorrect.

**WHEREFORE,** Plaintiff Arch Insurance Company respectfully prays that this Honorable Court grant this traverse, cast all costs upon Garnishee, order Garnishee to answer no earlier than the 30th day and no later than the 45th day after service of the garnishment summons with respect to any obligation owed to either judgment debtor, and grant Plaintiff such other and further relief as the Court deems mete and proper in these premises.

Respectfully submitted, this 25th day of September, 2009.

Christina Craddock
Georgia Bar No. 192785

Counsel for Arch Insurance Company

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2668
770.391.9100
678.338.3912 Direct Line
770.668.0878 Facsimile
e-mail: cac@boviskyle.net

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>      Plaintiff,<br><br><br>vs.<br><br>DOUGLAS ASPHALT COMPANY,<br>JOEL SPIVEY and KYLE SPIVEY,<br><br>      Defendants,<br><br>and<br><br>APPLIED TECHNICAL<br>SERVICES, INC.,<br><br>      Garnishee. | § § § § § § § § § § § § § § § § § § §<br><br>GARNISHMENT<br>NO.: 09-G-7607 |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing *Plaintiff's Traverse of Answer of Garnishee* upon Garnishee's counsel by placing a copy of the same in the United States mail in an envelope with adequate postage affixed thereto and addressed as follows:

James F. Cook, Jr., Esq.
David M. Abercrombie, Esq.
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road, NE
Suite 2100
Atlanta, Georgia 30326-1084

This 25th day of September, 2009.

*Christina Craddock*
Christina Craddock

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
770.391.9100
770.668.0878 Facsimile

Civil Action No.

559092

**State Court** ☐

**Attorney's Address**

Christina Craddock

Bovis, Kyle & Burch, LLC

200 Ashford Center North, Suite 500
Atlanta, Georgia 30338

**GEORGIA,     COBB     COUNTY**

Arch InsuranceeCompany
**Plaintiff**
VS.

Douglas Asphalt Company, Joel Spivey
and Kyle Spivey
**Defendant**

**Name and Address of Party to be Served**

Applied Technical Services, Inc.
Jim Hills
1049 Triad Court

Marietta, GA 30062

Applied Technical Services, Inc.
**Garnishee**

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐

I have this day served ................................................................................................................ personally with a copy
of the within action and summons.

**NOTORIOUS** ☐

I have this day served ............................................................................................................................... by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of ............................................................................................... described as follows

age, about ........ years; weight, about ......... pounds; height, about ........ feet and ......... inches, domiciled
at the residence of defendant.

**CORPORATION** ☑

Served APPLIED TECHNICAL SERVICES, INC. ................................. a corporation
by leaving a copy of the within action and summons with .......... DEIDRA BAUGH ..................
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐

I have this day served the above affidavit and summons on the defendant(s)/Party by posting a copy of the same to the
door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same
in the United States Mail, First Class in an envelope properly addressed to the defendant(s)/Party at the address shown in
said summons, with adequate postage affixed thereon containing notice to the defendant(s)/Party to answer said
summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and ................................................................................................................................
not to be found in the jurisdiction of this Court.

**THE DEFENDANT/PARTY IS REQUIRED TO:**
answer a Proceeding Against Tenant Holding Over on or before the _____ day of _____
20 _____ at the hour and place stated in the summons.

This 24 day of Sept , 20 09

M. McFall 07003
DEPUTY

COBB COUNTY, GEORGIA

WHITE: Clerk     CANARY: Plaintiff     PINK: Defendant

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

COBB COUNTY, GA
FILED IN OFFICE

2009 SEP 21  AM 10: 41

DIANE B. WEBB
STATE COURT CLERK-14

| | |
|---|---|
| ARCH INSURANCE COMPANY, | |
| Plaintiff, | Civil Action<br>File No.:    09-G-7607 |
| v. | |
| DOUGLAS ASPHALT COMPANY, JOEL<br>SPIVEY, KYLE SPIVEY, | |
| Defendants, | |
| v. | |
| APPLIED TECHNICAL SERVICES, INC., | |
| Garnishee. | |

## ANSWER OF GARNISHEE

1.

At the time of service or from the time of service to the time of this answer, Garnishee APPLIED TECHNICAL SERVICES, INC. does not have in its possession any property or other assets, wages, etc. of Defendants that might be subject to this garnishment action.

2.

Garnishee further states that no valid judgment exists against Garnishee Applied Technical Services, Inc., as an unaffiliated corporation, that would give rise to any property or other assets of Defendants that might be subject to this garnishment action.



RECEIVED
SEP 23 2009
By_____

This 17th day of September, 2009.

Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for Applied Technical Services, Inc.

BY: _____

JAMES F. COOK, JR.
Georgia State Bar No.: 184250
DAVID M. ABERCROMBIE
Georgia State Bar No.: 000394

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
3340 Peachtree Road, NE, Suite 2100
Atlanta, GA 30326-1084
Phone:   (404) 264-1500
Fax:      (404) 264-1737

- 2 -

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | |
| Plaintiff, | Civil Action |
| | File No.:    09-G-7607 |
| v. | |
| DOUGLAS ASPHALT COMPANY, JOEL SPIVEY, KYLE SPIVEY, | |
| Defendants, | |
| v. | |
| APPLIED TECHNICAL SERVICES, INC., | |
| Garnishee. | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party or counsel for the opposing party in the foregoing matter with a copy of **ANSWER OF GARNISHEE**, by depositing a copy of same in the United States Mail, postage prepaid, as follows:

David Allen Harris, Esq.
Bovis, Kyle & Burch, LLC
200 Ashford Center North, Suite 500
Atlanta, GA  30338-2668

This 17th day of September, 2009.

BY:    _____
DAVID M. ABERCROMBIE
Georgia State Bar No.:  000394

- 3 -

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

COBB COUNTY, GA
FILED IN OFFICE

2009 SEP 21  AM 10: 41

DIANE B. WEBB
STATE COURT CLERK-14

ARCH INSURANCE COMPANY,

    Plaintiff,

v.

DOUGLAS ASPHALT COMPANY, JOEL
SPIVEY, KYLE SPIVEY,

    Defendants,

v.

APPLIED TECHNICAL SERVICES, INC.,

    Garnishee.

Civil Action
File No.:    09-G-7607

---

## TRAVERSE TO AFFIDAVIT AND SUMMONS OF GARNISHMENT

COMES NOW, Garnishee APPLIED TECHNICAL SERVICES, INC., by and through its undersigned counsel of record, and hereby states that the Affidavit and Summons of Garnishment, filed September 14, 2009, as against Applied Technical Services, Inc., is untrue or legally insufficient.

There is no valid or legal judgment against Applied Technical Services, Inc., a corporation, which would give rise to any property or other assets of Defendants that might be subject to this garnishment action. In that connection, Applied Technical Services, Inc. is a corporation, unaffiliated with Defendants, and is not in possession of any property or other assets of same.

Accordingly, the Affidavit and Summons of Garnishment against Applied Technical Services, Inc. in this action is legally insufficient and should be DISMISSED, as a matter of law.

RECEIVED
SEP 23 2009
By_____

This 17th day of September, 2009.

Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for Applied Technical Services, Inc.

BY: _____

JAMES F. COOK, JR.
Georgia State Bar No.: 184250
DAVID M. ABERCROMBIE
Georgia State Bar No.: 000394

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
3340 Peachtree Road, NE, Suite 2100
Atlanta, GA 30326-1084
Phone:   (404) 264-1500
Fax:     (404) 264-1737

- 2 -

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | |
| Plaintiff, | Civil Action |
| | File No.:    09-G-7607 |
| v. | |
| DOUGLAS ASPHALT COMPANY, JOEL SPIVEY, KYLE SPIVEY, | |
| Defendants, | |
| v. | |
| APPLIED TECHNICAL SERVICES, INC., | |
| Garnishee. | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party or counsel for the opposing party in the foregoing matter with a copy of **TRAVERSE TO AFFIDAVIT OF GARNISHMENT**, by depositing a copy of same in the United States Mail, postage prepaid, as follows:

David Allen Harris, Esq.
Bovis, Kyle & Burch, LLC
200 Ashford Center North, Suite 500
Atlanta, GA  30338-2668

This 17th day of September, 2009.

BY:    _____

DAVID M. ABERCROMBIE
Georgia State Bar No.: 000394

- 3 -

# IN THE STATE COURT OF COBB COUNTY

## STATE OF GEORGIA

Arch Insurance Company

One Liberty Plaza, 53rd Floor

New York, NY 10006

Plaintiff (Name & Address)

VS

Douglas Asphalt Company [101 N. Peterson Ave., Ste. 201, Douglas, GA 31533]

Joel Spivey [12331 Hwy. 32W. Ambrose, GA 31512]

Kyle Spivey [770 Green Willow Dr., Douglas, GA 31535]

Defendant (Name & Address)

Applied Technical Services, Inc.

1049 Triad Court

Marietta, Georgia 30062

Garnishee (Name & Address)

Case Number: 09-G-9607

Plaintiff's Attorney (Name, Address & Phone Number)

Christina Craddock

Bovis, Kyle & Burch, LLC

200 Ashford Center North, Suite 500

Atlanta, Georgia 30338-2668

Bar Number 192785

## AFFIDAVIT FOR GARNISHMENT

Personally appeared **Christina Craddock** _____, who on oath says that he/she is (Attorney at Law for Plaintiff) (Plaintiff) herein, and that the above named Defendant, is indebted to said Plaintiff in the sum of:

1. $ 128,892,128.15 ___ Principal
2. $ 1,755,051.84 ___ Interest
3. $ _____ Attorney's Fees
4. $ _____ All Costs
5. $ 130,647,179.99 Total
6. Judgment was obtained in **US District** ___ Court of **Southern District GA** County.
7. **5:07-cv-0038** ___ is the case number.
8. Pursuant to O.C.G.A. 18-4-89, Plaintiff/Plaintiff's Attorney makes application for condemnation of any funds delivered to this Court by the Garnishee upon certification being filed with said clerk their proof of service to defendant of this proceeding

Affiant states that no agreement has been made with the Defendant for payment of the Judgment, or if an agreement was made, the defendant is in default and that Affiant has reason to apprehend the loss of said sum or some part thereof unless process of garnishment issues. Affiant has personal knowledge that debt is unpaid.

This **11th** day of **September**, 20 **09**

Sworn to and subscribed before me,

This ____ day ____

Notary Public

My Commission Expires

_Christina Craddock_
Affiant

Approved this **14** day of **Sept** 20 **09**

_Melody Br___
Deputy Clerk, State Court of Cobb County

E&Civil Forms for web                http://www.cobbstatecourtclerk.com                Revised 6/05

# IN THE STATE COURT OF COBB COUNTY

## STATE OF GEORGIA

Arch Insurance Company

One Liberty Plaza, 53rd Floor

New York, NY 10006

Case Number: 09-G-9609

Plaintiff's Attorney Name, Address & Phone Number

Christina Craddock

Bovis, Kyle & Burch, LLC

200 Ashford Center North, Suite 500

Atlanta, Georgia 30338-2668

Bar Number 192785

VS

Douglas Asphalt Company 101 S. Peterson Ave., Ste 201, Douglas, GA 31535

Joel Spivey [12331 Hwy. 32W, Ambrose, GA 31512]

Kyle Spivey [770 Green Willow Dr., Douglas, GA 31535]

Applied Technical Services, Inc.

1049 Triad Court

Marietta, Georgia 30062

## AFFIDAVIT FOR GARNISHMENT

Personally appeared Christina Craddock, who on oath says that he/she is Plaintiff or

1. For the Plaintiff (Plaintiff) herein and that the above named Defendant is indebted to said Plaintiff in the amount of

| | | |
|---|---|---|
| $ | 128,892,128.15 | Principal |
| $ | 1,755,051.84 | Interest |
| $ | | Attorney's Fees |
| $ | | All Costs |
| $ | 130,647,179.99 | Total |

2. Judgment was obtained in US District Court of Southern District GA, Plaintiff,

5:07-cv-0038 is the case number.

3. Pursuant to O.C.G.A. 18-4-80 Plaintiff/Plaintiff's Attorney makes application for condemnation of, to wit:

This ___ the ___ day of September 2009

Christina Craddock

Approved this 19 day of Sept 2009

Melody Bra

**Attorney's Address**

Christine Graldone

Bovis, Kyle & Burch, LLC

200 Ashford Center South, Suite 500

Atlanta, Georgia 30338

**Name and Address of Party to be Served**

Applied Technical Services, Inc.

Jim Mills

1049 Triad Court

Marietta, GA 30062

State Court ☐

**GEORGIA,    COBB    COUNTY**

Arch Insurance Company

                                    VS.              **Plaintiff**

Douglas Asphalt Company, Joe Boyd
and Kyle Spivey

                                                     **Defendant**

Applied Technical Services, Inc.

                                                     **Garnishee**

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served .......................................................................................... personally with a copy
of the within action and summons.

**NOTORIOUS** ☐ I have this day served ............................................................................................. by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of ............................................................. described as follows

age, about ........ years; weight, about ........ pounds; height, about ........ feet and ........ inches, domiciled
at the residence of defendant.

**CORPORATION** ☑ Served APPLIED TECHNICAL SERVICES, INC. ......................... a corporation
by leaving a copy of the within action and summons with DEIDRA BAUGH
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above affidavit and summons on the defendant(s)/Party by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s)/Party at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s)/Party to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and ..................................................................................
not to be found in the jurisdiction of this Court.

**THE DEFENDANT/PARTY IS REQUIRED TO:**
answer a Proceeding Against Tenant Holding Over on or before the _____ day of _____
20 _____ at the hour and place stated in the summons.

This 2-4 day of Sept. , 20 09

M. MYAY 0705

DEPUTY

COBB COUNTY, GEORGIA

WHITE: Clerk          CANARY: Plaintiff          PINK: Defendant

*1st Reissue*

# STATE COURT OF COBB COUNTY
Georgia, Cobb County

12 East Park Square
Marietta, Georgia 30090-9630
770-528-1218
Garnishment Proceeding
# 09-67007

Arch Insurance Company

_____ Plaintiff

VS.

Douglas Asphalt Company, Joel Spivey and Kyle Spivey

_____ Defendant

TO:    Applied Technical Services, Inc.

1049 Triad Court

Marietta, Georgia 30062

Garnishee

## SUMMONS OF GARNISHMENT

YOU ARE HEREBY COMMANDED to immediately hold all property, money, wages, except what is exempt, belonging to the Defendant, or debts owed to the Defendant named above at the time of service of this summons and between the time of service of this summons and the time of making your answer. Not sooner than 30 days but not later than 45 days after you are served with this summons, you are commanded to file your answer in writing with the Clerk of this Court and serve a copy upon the plaintiff or his attorney named below. Money or other property subject to this Summons should be delivered to the Court with your answer. Should you fail to answer this summons; a judgment will be rendered against you for the amount the plaintiff claims due by the defendant. NOTE: Any corporate party served must be represented by a licensed attorney at law.
(See Eckles v. Atlanta Technology Group, 267 Ga. 801)
WITNESS the HONORABLE JUDGES of this Court.

This _____ 02/22/09

Plaintiff or Plaintiff's Attorney:

Christina Craddock

Bovis, Kyle & Burch, LLC

200 Ashford Center North, Suite 500

Atlanta, Georgia 30338-2668

Phone No. 770.391.9100

| Clerk, State Court of Cobb County | |
|---|---|
| Principal | $ 126,892,128.15 |
| Interest | $ 1,755,051.84 |
| Atty. Fees | $ |
| All Costs | $ |
| TOTAL | $ 130,647,179.99 |

(SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS)

## STATE COURT OF COBB COUNTY
Georgia, Cobb County

12 East Park Square
Marietta, Georgia 30090-9630
770-528-1218
Garnishment Proceeding
# _____

Arch Insurance Company

VS _____ Plaintiff

Douglas Asphalt Company, Joel Spivey and Kyle Spivey    Applied Technical Services, Inc.

Defendant    Garnishee

## ANSWER OF GARNISHMENT

1. At the time of service or from the time of service to the time of this answer, garnishee has in his possession the following described property of defendant:_____

2. At the time of service or from the time of service to the time of this answer, all debt accruing from garnishee to defendant is in the amount of $ _____

3. $_____ of the amount named in paragraph 2, was wages earned at the rate of $ _____ per _____ for the period beginning _____, 20___, through the time of making this answer. The amount of wages which is subject to the garnishment is computed as follows:

$_____ Gross Earnings
$_____ Total Social Security and withholding tax
$_____ Total Disposable Earnings
$_____ Amount of Wages subject to garnishment
$_____ Amount herewith paid into court

4. Garnishee further states: _____
_____

By: _____
Garnishee

CERTIFICATE OF SERVICE
This is to certify that I have this day served plaintiff or his attorney in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.
This _____ day of _____, 20___

Signed _____
Garnishee